No. 75–5434.  STOVER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5436.  HILL *v.* NORTH AMERICAN HIDE EXPORTERS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 75–5440.  STRAND *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5448.  LEONARD ET AL. *v.* MISSISSIPPI STATE PROBATION AND PAROLE BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 75–5450.  CURRY *v.* JENSEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–5455.  DONNELLY ET AL. *v.* DONNELLY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 75–5465.  LEWIS *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5475.  COX *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–5476.  TARAS *v.* FIRST ARLINGTON NATIONAL BANK.  C. A. 7th Cir.  Certiorari denied.

No. 75–5479.  KLEIN *v.* BUTLER, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5480.  HILTON *v.* VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5489.  STEVENSON *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.